NVB 1007–4 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–13516–mkn<br>CHAPTER 11 |
| FLOORIT FINANCIAL, INC. | |
| Debtor(s) | NOTICE OF INCOMPLETE<br>AND/OR DEFICIENT FILING |

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 9/30/22. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

* The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
  * Summary of Assets and Liabilities for Non–Individuals (Official Form 206Sum)
  * Schedule A/B: Property (Official Form 206A/B)
  * Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
  * Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
  * Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
  * Schedule H: Codebtors (Official Form 206H)
  * Declaration Under Penalty of Perjury for Non–Individual Debtors (Official Form 202)
* The Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy (Official Form 207), required pursuant to LR 1007(b) and (c), was not filed with the Voluntary Petition.

LIST OF CREDITORS AND EQUITY SECURITY HOLDERS:

* Pursuant to Fed. R. Bankr. P. 1007(a)(3), the debtor(s) failed to file a list of equity security holders.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 10/3/22

*Mary A Schott* (signature)

Mary A. Schott

Clerk of Court