**DIAS LAW GROUP, LTD.**  *Electronically Filed November 3, 2022*
DAMON K. DIAS, ESQ.
Nevada Bar No. 8999
Email: damon@diaslawgroup.com
725 South 8th Street Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 380-3011
Facsimile: (702) 366-1592
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:                                      )
                                            )   CASE NO. BK-S-22-13516-mkn
                                            )
FLOORIT FINANCIAL, INC.,                    )   CHAPTER 11
                                            )
      Debtor.                               )
                                            )
_____)

## AMENDED UNANIMOUS CONSENT

FLOORIT FINANCIAL, INC., herein ("Debtor") in the above-captioned bankruptcy case, by and through its Counsel, DIAS LAW GROUP, LTD., hereby respectfully submits its Amended Unanimous Consent to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

SEE ATTACHED

Submitted this 3rd day of November, 2022.

                                            **DIAS LAW GROUP, LTD.**

                                            /s/ Damon K. Dias
                                            DAMON K. DIAS, ESQ.
                                            Nevada Bar No. 8999
                                            damon@diaslawgroup.com
                                            Telephone: (702) 380-3011
                                            Fax: (702) 366-1592
                                            Attorneys for Debtor

## UNANIMOUS CONSENT

Whereas, after a meeting of the board of directors of Preferred Management Partners, it has been determined that it is in the best interest of **FLOORIT FINANCIAL, INC.** ("Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code, therefore the board of directors has voted and resolved as follows;

Be It Therefore Resolved, that PRESTON D. SMART, in his role as President of Preferred Management Partners, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that PRESTON D. SMART, in his role as President of President of Preferred Management Partners, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that PRESTON D. SMART is authorized and directed to employ the law firm of Dias Law Group, Ltd. to represent the Company in such bankruptcy case.

Signed by:

_/s/ Preston D. Smart_
PRESTON D. SMART,
PRESIDENT, PREFERRED
MANAGEMENT PARTNERS