DAMON K. DIAS, ESQ.  E-Filed: November 22nd, 2022
Nevada Bar No. 8999
E-mail: damon@diaslawgroup.com
DIAS LAW GROUP, LTD.
725 S. 8th Street, Suite 100
Las Vegas, Nevada  89101
Telephone: (702)380-3011
Facsimile: (702)366-1592
Proposed Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  ) BK-S 22-13516-mkn
  )
FLOORIT FINANCIAL INC.  ) CHAPTER 11
  )
  )
        Debtor.  ) DATE: December 14, 2022
  ) TIME: 9:30 a.m.

**AMENDED NOTICE OF REMOTE HEARING RE: DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 BANKRUPTCY**

**TO: ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the above referenced MOTION TO DISMISS CHAPTER 11 BANKRUPTCY was filed on or about November 8th, 2022 by Debtor's Counsel.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-reference Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Except as set out in subsection (3), any opposition to a Motion must be filed, and service of the opposition must be completed on the movant, no later thank 14 days preceding the hearing date for the Motion.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if of do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014 (c).

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further notice of the Court. The hearing will be held on December 14, 2022 at 9:30 a.m. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 (if applicable) and entering passcode 029066#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next, Click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued form time to time without further notice except for the announcement of any adjourned dates and time at the

above noticed hearing or and adjournment thereof.

DATED: November 22nd, 2022.

**DIAS LAW GROUP, LTD.**

　/s/   Damon K. Dias
Damon K. Dias, Esq.
Nevada Bar No.  8999
725 S. 8th Street, Suite 100
Las Vegas, Nevada 89101
Proposed Attorney for Debtor-in-Possession

**CERTIFICATE OF SERVICE**

1. On this 22nd day of November 2022, I served the following document(s) (specify):

   **NOTICE OF HEARING RE: MOTION TO DISMISS CHAPTER 11 BANKRUPTCY, WITH ATTACHED COPY OF MOTION TO DISMISS CHAPTER 11 BANKRUPTCY.**

2. I served the above-named document(s) by the following means to the persons as listed below:   *(check all that apply)*

   X   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   X   b.   **United States mail,**

   *(List persons and addresses. Attach additional paper if necessary)*

   *SEE ATTACHED MATRIX*

   c.   **Personal Service** *(list persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:

   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   d.   **By direct email (as opposed to through the ECF System)**

   *(List persons and email addresses. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   e.   **By fax transmission**

   *(List persons and fax numbers. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers

listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    **f.**    **By messenger** *(list persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: November 22nd, 2022.

    Damon K. Dias                                       */s/ Damon K. Dias*
(Name of Declarant)                                  (Signature of Declarant)

# File a Motion:

[22-13516-mkn FLOORIT FINANCIAL, INC.](#)

Type: bk                        Chapter: 11 v                   Office: 2 (Las Vegas)
Assets: y                       Judge: mkn                      Case Flag: PlnDue, BAPCPA

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from DAMON K. DIAS entered on 11/8/2022 at 1:43 PM PST and filed on 11/8/2022
**Case Name:**         FLOORIT FINANCIAL, INC.
**Case Number:**       22-13516-mkn
**Document Number:** 13

**Docket Text:**
Motion to Dismiss Case with Proposed Order Filed by DAMON K. DIAS on behalf of FLOORIT FINANCIAL, INC. (DIAS, DAMON)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** MX TO FILE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/8/2022] [FileNumber=34737436-0
] [830ffa4c2abab37e646f693e632dfe555383c0169c847d504a089e33b7b5a0bf2b0
789af0ac1f589c58f5be48312ae9103efa85c99094a607c1dd73cd7cd1510]]

**22-13516-mkn Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

DAMON K. DIAS on behalf of Debtor FLOORIT FINANCIAL, INC.
ddias@diaslawgroup.com, jisselas@diaslawgroup.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**22-13516-mkn Notice will not be electronically mailed to:**

```
Label Matrix for local noticing          CHAPTER 11 - LV                          FLOORIT FINANCIAL, INC.
0978-2                                   300 LAS VEGAS BLVD., SO. #4300           1543 VILLA RICA DRIVE
Case 22-13516-mkn                        LAS VEGAS, NV 89101-5803                 HENDERSON, NV 89052-4057
District of Nevada
Las Vegas
Tue Nov  8 13:51:54 PST 2022

United States Bankruptcy Court           Foursight Capital                        Foursight Capital LLC
300 Las Vegas Blvd., South               2783 South Leadership Ct.                PO Box 45026
Las Vegas, NV 89101-5833                 Suite 400                                Salt Lake City, UT 84145-0026
                                         Salt Lake City, UT 84120-8210            ,


Glass, Ratner Advisory & Capital Croup,  Hyperion Holdings                        Mechanis Bank
3445 Peachtree Rd. NE Suite 1225         1543 Villa Rica Drive                    2495 Village View Drive
Atlanta, GA 30326-3241                   Henderson, NV 89052-4057                 Suite 190
                                                                                  Henderson, NV 89074-7206


Michael Preciado                         OC Autosource, Inc.                      Partners Alliance GAP
Acct No xx-xxxx-xxxxxxxx-xx-xT-CJC       Acct No xx-xxxx-xxxxxxxx-xx-xT-CJC       13029 Danielson Street
c/o Centauri Law Group, P.C.             c/o Rutan & Tucket, LLP                  Suite 205
attn: Steven L. Rader, Esq.              attn: Kathryn Zoomin, Esq.               Poway, CA 92064-8812
15615 Alton Parkway, Suite 245           18575 Jamboree Road, 9th Floor
Irvine, CA 92618-7312                    Irvine, CA 92612-2534

Preferred Management Partners            Preston Smart                            Sheldon  R. Singer
P.O. Box 531058                          1543 Villa Rica Drive                    Foursight Capital LLC
Henderson, NV 89053-1058                 Henderson, NV 89052-4057                 PO Box 45026
                                                                                  Salt Lake City, UT 84145-0026



U.S. TRUSTEE - LV - 11                   Vorys, Sater, Seymour & Pease LLP        DAMON K. DIAS
300 LAS VEGAS BOULEVARD S.               4675 MacArthur Court                     DIAS LAW GROUP, LTD.
SUITE 4300                               attn:  Adam Hamburg                      725 S. 8TH STREET, SUITE A
LAS VEGAS, NV 89101-5803                 Newport Beach, CA 92660-1875             LAS VEGAS, NV 89101-7093



End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```