_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
December 16, 2022

_____

DAMON K. DIAS, ESQ.
Nevada Bar No. 8999
E-mail: damon@diaslawgroup.com
DIAS LAW GROUP, LTD.
725 S. 8th Street, suite 100
Las Vegas, Nevada 89101
Telephone: (702)380-3011
Facsimile: (702)366-1592
Proposed Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | ) | BK-S 22-13516-mkn |
|---|---|---|
| FLOORIT FINANCIAL, INC. | ) | CHAPTER 11 |
| Debtor. | ) | DATE: December 14, 2022<br>TIME: 9:30 a.m. |

**AMENDED ORDER APPROVING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 BANKRUPTCY**

Upon consideration of the Debtor's Motion to Dismiss Chapter 11 Bankruptcy, filed by Debtor Floorit Financial, Inc., debtor in possession in the above referenced bankruptcy, by and through counsel, Dias Las Group, Ltd., requesting dismissal of the case pursuant to 11 U.S.C. 1112(b); it appearing that all required notice of said Motion was given to all necessary parties, including all creditors and representatives of the United States Trustee's office;

It further appearing that a hearing was held on December 14, 2022 at 9:30 a.m.; it further appearing that the Court is satisfied that dismissal of the matter is appropriate and in the best interest of the Debtor, the estate and the creditors, and that no further notice need be given; and that after due

consideration and sufficient cause appearing;

**IT IS HEREBY ORDERED** that the Motion is granted, that all pending matters in this case are hereby vacated, and further that case number 22-13516-mkn is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 14th of December, 2022.

DIAS LAW GROUP, LTD.

/s/ Damon K. Dias, Esq.
DAMON K. DIAS, ESQ.
725 S. 8TH Street, Suite 100
Las Vegas, NV 89101
Proposed Attorney for Debtor-in-Possession

In accordance with LR 9021, counsel submitting this document certifies as follows:

___ The Court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below*:

*Justin C. Valencia appeared on behalf of the USDOJ / UST's office, did not oppose dismissal, and waived signature of this order.

I Declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

DIAS LAW GROUP, LTD.

/s/ Damon K. Dias
DAMON K. DIAS, ESQ.
725 S. 8TH Street, Suite 100
Las Vegas, NV 89101
Proposed Attorney for Debtor-in-Possession

###